UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>KALIMERO&K LLC, d/b/a Pizza Cucina,<br><br>                              Defendant. | 26-CV-2039 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

A corporate entity may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed pro se."); *Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) ("[A] limited liability company also may appear in federal court only through a licensed attorney."). If counsel fails to appear on behalf of Defendant Kalimero&K LLC, default judgment may be entered against it. *See, e.g., Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

Defendant must retain counsel no later than **June 30, 2026**. Defendant's counsel must file a notice of appearance on the docket no later than **July 6, 2026**.

If no counsel for Defendant appears by that deadline, Plaintiff shall file a motion for default judgment with respect to Defendant Kalimero&K LLC in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 27, 2026**. Failure to timely file a motion for default judgment will result in dismissal of this action as to Defendant Kalimero&K for failure to prosecute. Plaintiff is directed to serve a copy of this Order on Defendant by **April 27, 2026**, and file proof of the same by **April 29, 2026**.

Dated: April 22, 2026
         New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge